# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| XIAOFEI SHAN, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, UR M. JADDOU, and MERRICK B. GARLAND, <br><br> Defendants. | Case No. 23-CV-1382-JPS <br><br> **ORDER** |

On December 7, 2023, Plaintiff and Defendants signed and filed a stipulation of dismissal of the action with prejudice. ECF No. 15. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 15, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin, this 11th day of December, 2023.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge